☑ FILED          ___ LODGED
___ RECEIVED     ___ COPY

DEC 1 9 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Felicia Michelle Alston | Case No.  **CV23-02651-PHX-JJT** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| **-v-** | |
| City of Phoenix / HHS. | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        Felicia Michelle Alston

Address      5107 W Verde LN

Phoenix        AZ    85031
            *City*        *State*    *Zip Code*

County      Maricopa

Telephone Number   480-400-4884

E-Mail Address    falstonva@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name        City of Phoenix

Job or Title *(if known)*   Housing and neighborhood Services

Address      200 W Washington Street

Phoenix        AZ    85003
            *City*        *State*    *Zip Code*

County      Maricopa

Telephone Number   602 262-6751 / 602 256-4126

E-Mail Address *(if known)*   Kirsten.Verbus@Phoenix.gov

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name        H.HS (Health & human Services

Job or Title *(if known)*   Director Susan Hallet & Agency    Room

Address      200 Independece Avenue S.W. 509 F    HHH bldg

Washington DC        2020l
            *City*        *State*    *Zip Code*

County      Washington DC.

Telephone Number   602 262-4522 / 602 758-1105

E-Mail Address *(if known)*   Susan.Hallet@Phoenix.gov

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _Sonya Spello (Fired Employee)_

Job or Title *(if known)*

Address _200. W Washington St_

_Phoenix_     _AZ_     _85003_
<br>City      State      Zip Code

County _Maricopa._

Telephone Number _602 262-4582_

E-Mail Address *(if known)* _Sonja. spell @ Phoenix. gov_

☐ Individual capacity    ☒ Official capacity   _Addotional Page A Stapled_

Defendant No. 4

Name _Jana L. Evans_

Job or Title *(if known)* _Equal opportunity specialist City of Phx_

Address _200 W Washington St 15th Flr._

_Phoenix_     _AZ_     _85003_
<br>City      State      Zip Code

County _Maricopa County_

Telephone Number _602 262-7486 /Fax 602-495-5289_

E-Mail Address *(if known)* _Jana.evans @ phoenix. gov_

☐ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Yes Title VI & VII & IX violations Intentional discrimination, Civil & Constitutional rights violations Gang Stalking, Government Corruption based on Race Sex, Age, disability Whistleblower retaliation 42. U.S.C 34A(d)(1)(C) Fair Housing act of 1968 (1) (11)_

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? _42. U.S.C § 5309 (a) violation of (b) by AZAs office(c) (e) also 5. U.S.C§ 552 Title VII 431 U.S. 324 (1977) mcdonell douglas framework U.S.C. 3614 28. CFR 85.3(6)(3)(1) 31. U.S.C 3802 (a)(1) 28. CFR 71.3(a) 31. U.S.C 3802(a)(2) 28 CFR 71.3(F) 28. CFR § 85.5._

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Darlington Heights Factor 429. U.S. at 264 Under Sec B3 the Mc donnell douglas Methods Price Waterhouse vs hopkins 490.U.S. 228, 277 (1989)(O Conner, J. O Conner Jr. Concurring) [9] Venters V. City of Delphie, 123 F 3d 956, 972 7th Cir 1997 (direct evidence includes "evidence which in itself Suggest" that Someone "with managerial Authority was" Animated by a illegal Criterion)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Suing Under both

Fed Title VII retaliation hid Claim Under Title II Ada act of 1990 Sec (4)
Fed Civil penalties Adjustment act of 1990 Title VI of Civil Rights act 1964
Violation Sec 802, 42.U.S.C. 3402 (F) Sec 80, 895, 806, & 818 hzag charge Ser (4)
(1) falls under mental or physical Injury Sec 804 U.S.C. 36ca)
Violation VI U.S.C. § 2000 et seq act of 1964 504 addendum Title VI
Sec 504 & the age discrimination act Cares Act 42.U.Sc,

III.    **Statement of Claim**
264 (E)

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? Phoenix Arizona 3428 E Wiltetta Street, 4015 W outer drive eloy Az Room 115 Goverment Corruption goverment negligence federal tort goverment retaliation, Whistleblower Retaliation Intentional discrimination

B.    What date and approximate time did the events giving rise to your claim(s) occur? Ongoing Tort started 7/20/2021 Azag Office Closed Case 12/22/21 formal, Charge held Illegally from 9/16/23 - 12/22/21 12/22/21 Whistleblower Retaliation City of Phx & HHS. Retaliation Title VI & VII blatent discrimination based on Race, Sex, age Disability 504.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* City of Phoenix Knew Since 01/08/21 I was illegally being Charged rent, The City of Phoenix Violated Title VI & VII Laws, Fed laws, hid laws based on Race, Then Covered up violations failure to govern grapfunds allocated to me 7/28/21 dispersed to the State of Arizona due to becoming a whistleblower against progress Residential & Liberty Mutal the Azag Office held formal Charges Several Goverment agencies & Employees Violated Civil & Constitution Rights resulting in Several being fired Causing City of Phx HHS. Employees to break State & Federal Law

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Exacerbated Pre-existing Injuries, & illness, Mental stress, Anxiety disorder Re-insued quality of life diminished, Recieved Anxiety medication, Holistic Care marijuana therapy as well, falsy arrested lost several Career Employment due to not having housing body aches & Pain sleeping in Vehicle, hair loss Weight gain due to eating out no Ketchen no home Terminally ill City of Phoenix knew I'm disabled Still purposely kept me homeless Theft of Exop funds by HS. & City of Phoenix Still homeless Mental health & Physical health insuries VAWA

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Exemplarary damages due to
1. being kept homeless, Intentionally from 9/23/21- ongoing
2. intentional discrimination, when city & fed goverment knew of disability & hardships Loss of fine art Picasso Several art pieces designer clothing & shoes Inheritted heirlooms from grandfather Sandford Hudson Barnes Inventor of SemiConductors Lifetime achievement, Emmy award winner Top 100 inventor of all time being taught in history books Valuables & Personal belongings Artwork, Autographed photos of him with famous individuals in politics & entertainment family Videos Pictures, Collectables, gold dinner ware, Baccarat Crystal Linox Crystal, Sports Collectables, antiques from Warner Bros, Disney, Looney tunes, fine China heather furniture (3) Storage Units Jewlery passed down from grandmother 1st PGA black Judge 220 million Total Including Pain & Suffering

Page 5 of 6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/18/2023

Signature of Plaintiff

Printed Name of Plaintiff    Felicia M. Alston

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

 



**MARK BRNOVICH**
**ATTORNEY GENERAL**

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**CIVIL LITIGATION DIVISION**
**DIVISION OF CIVIL RIGHTS SECTION**

**REBEKAH BROWDER**
**CHIEF COUNSEL**

September 1, 2021

Ms. Felicia Alston
3428 East Willetta Street
Phoenix, AZ 85008

Re: Felicia Alston v. Arizona Elite Properties

Dear Ms. Felicia Alston,

Enclosed please find the Housing Discrimination Complaint that I have prepared based on the information that you have provided. *Please review the Complaint and ensure everything is correct.* ***YOU MUST SIGN THE COMPLAINT BEFORE A NOTARY PUBLIC*** and return the Complaint to our office as soon as possible. If you do not have access to a Notary Public, you may bring the Complaint into our office and a member of the Division staff will notarize it for you. *Please do not write on the Complaint. If there is something that needs to be changed, please contact me to make the proper changes.* Please complete and return the enclosed questionnaire. Return the complaint and questionnaire by **September 17, 2021**.

Should you have any questions, please feel free to contact me at (602)542-8003. Once the signed Complaint is received you will be assigned an investigator and notified within ten days via US Mail.

Sincerely,

Hanna Bielmaier
Civil Rights Compliance Officer

2005 NORTH CENTRAL AVE, SUITE 100, PHOENIX, ARIZONA 85004 • PHONE 602.542.5263 • FAX 602.542.8885

# HOUSING COMPLAINT OF DISCRIMINATION, Page 1 of 1

| | AGENCY | COMPLAINT NUMBER |
|---|---|---|
| | ■ FHAP | CRD-2021-0889 |
| | ☐ HUD | |

## ARIZONA ATTORNEY GENERAL'S OFFICE, CIVIL RIGHTS DIVISION

| NAME (Indicate Mr., Ms., Mrs.) | | TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Ms. Felicia Alston    SEP 1 6 2021 | | 619-305-8616 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 3428 East Willetta Street    CIVIL RIGHTS SECTION | Phoenix, AZ 85008 | Maricopa County |

SHOW BELOW THE NAME OF THE INDIVIDUAL OR ENTITY (I.E., FINANCIAL INSTITUTION, REAL ESTATE BROKER, OWNER, BUILDING, ETC.) AGAINST WHOM THIS COMPLAINT IS BEING FILED.

| NAME | | TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Arizona Elite Properties | | 480-899-9010 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 2425 South Stearman Drive Suite #120 | Chandler, AZ 85286 | Maricopa County |
| NAME | | TELEPHONE NO. (Include Area Code) |
| Sequoia Holdings, LLC | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 225 East Germann Road Suite 110 | Gilbert, AZ 85297 | Maricopa County |

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☑ RACE   ☐ COLOR·   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☑ DISABILITY   ☐ FAMILIAL STATUS   ☐ RETALIATION/INTIMIDATION

**DATE MOST RECENT DISCRIMINATION TOOK PLACE** (Month, Day, Year)
August 9, 2021
☑ Continuing Action

**OTHER AGGRIEVED PERSON(S):** None

**I. PERSONAL HARM:** I am being subjected to unequal treatment and threatened with eviction due to my disability and race, African American.

**II. RESPONDENTS REASON FOR ADVERSE ACTION:** None.

**III. DISCRIMINATION STATEMENT:** For the following reason(s), I believe that I am an aggrieved person injured by a discriminatory housing practice, in violation of the Arizona Fair Housing Act, as amended:

A. In or around 2019, I moved into the subject property, located at 3428 East Willetta Street, Phoenix, Arizona 85008.

B. In or around late 2020, my home was damaged by monsoons. I sent pictures of the damage to the Property Manager, Linda (LNU, non-African American) and submitted multiple maintenance requests. My maintenance requests were never addressed and my home is still damaged.

C. In or around mid-to-late June 2021, I filed a workman's compensation claim because I was injured while working. Because I work from home, the accident report had to be sent to Respondent, which made Respondent aware of my disabilities. After this, Respondent stopped taking care of my landscaping. I know that Respondent still takes care of landscaping for my non-disabled, non-African American neighbors and I know that Respondent performs maintenance for these neighbors.

D. On or about July 20, 2021, I received a notice of non-renewal for my lease from Respondent. I believe I received this notice of non-renewal because of my race and because Respondent became aware of my disabilities.

E. On or about August 9, 2021, I received a five-day notice for non-payment of rent even though I had previously communicated with Respondent about my rent payments.

F. I believe and therefore allege that Respondent is in violation of the Arizona Fair Housing Act.

ISABEL JAIME
Notary Public, State of Arizona
MARICOPA COUNTY
Commission # 588660
Expires May 14, 2024

I BELIEVE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF COMPLAINANT AND DATE    7/13/2021

I WILL ADVISE THE CIVIL RIGHTS DIVISION IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY COMPLAINT IN ACCORDANCE WITH THEIR PROCEDURES.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, Day, Year)    09/13/20

INT-2021-0696/Felicia Alston/HEB

**HULL, HOLLIDAY & HOLLIDAY P.L.C.**
ATTORNEYS AT LAW
7000 N. 16th St., Suite 120-#484
Phoenix, Arizona 85020
(602) 230-0088  FAX (602) 230-7421
attorney@h3landlordlaw.com
ANDREW M. HULL  #004153
DENISE HOLLIDAY  #017275
KEVIN HOLLIDAY    #017276
MATTHEW R. SCHLABACH #034118

DOWNTOWN JUSTICE COURT
620 W. JACKSON STREET
PHOENIX AZ, 85003
MARICOPA COUNTY, ARIZONA
602 372 6300

CASE NO.  CC 2021 _____

**SUMMONS - EVICTION ACTION**

| PLAINTIFF | DEFENDANT(S) |
|---|---|
| WILLIAM WOODLAND, LINETTE WOODLAND<br>In care of<br>SEQUOIA HOLDINGS, LLC dba ARIZONA ELITE<br>PROPERTIES<br>2425 SOUTH STEARMAN DRIVE, STE. 120<br>CHANDLER, AZ 85286 | FELICIA ALSTON<br>JOHN AND JANE DOES I-X<br>3428 E. WILLETTA ST<br>PHOENIX, AZ 85008 |

## SUMMONS

**STATE OF ARIZONA TO THE ABOVE NAMED DEFENDANT(S)**

You are summoned to appear and answer this action in the court named above:

TRIAL DATE: _____ Courtroom # _____

**Call the court at least 15 minutes before the scheduled trial**

IF YOU FAIL TO APPEAR, A DEFAULT JUDGMENT WILL LIKELY BE ENTERED AGAINST YOU, GRANTING THE RELIEF SPECIFICALLY REQUESTED IN THE COMPLAINT, INCLUDING REMOVING THE TENANT AND ALL OCCUPANTS FROM THE PROPERTY. Requests for reasonable accommodation for persons with disabilities should be made to the court as soon as possible.

You must appear at the date and time shown above if you wish to contest the allegations in the attached complaint. For additional information, please see the attached Residential Eviction Procedures Information Sheet. If you do not agree with the allegations in the complaint, you should file a written answer admitting or denying some or all the allegations and pay the required answer fee. In cases of hardship, you may apply for a deferral or waiver of the answer fee.

A trial may be held on the date stated above or it may be continued for up to three days.

Any pleadings, including an answer to the complaint, a copy must be given to the attorney for the plaintiff. The address is provided in the upper left hand corner of the summons and complaint.

DATED: _____

_____
JUSTICE OF THE PEACE

238581

DATE/TIME: _____    PERSON SERVED: _____    INITIALS: _____

(1)

50.3 guidlines for enforcement of title VI Civil rights act of 1964 (a)(b)

Sec 818 Reflected in 42 U.S.C § 3631 Sec (901) of the act, which enacted along with the 1968 fair housing act

Sub part C — Non discrimination in federally assisted programs implementation of title VI of the Civil rights act of 1964

(4) Under Section discrimination, no administration exhaustion requirement 555. U.S. 246, 255 (2009) Title IX has no administrative exhaustion requirements Plantiff Can file directly in Court Under Implied private right to action and Can obtain the full range of remedies Cannon 441 U.S. at 706-07 n. 41 ("[W]e are not persuaded that individual Suits are inappropriate in advance of exhaustion of Administrative Remedies See parker V Franklen cty, Courts Sch. Corp. 667 F. 3d. 910, 919 (7th Cir 2012) Finding Title IX Claimants "need not exhaust all administrative. remedies before bringing suit to Court. Brennan V. King, 139 F 3d 258, 268 n 12 1st Cir 1998 ("[Section 504] derives it procedural requirements from title VI which does not have an exhaustion requirement Kleing V. Los Angeles County 633 F 2d 876, 879 (9th Cir. 1980) Concluding the exhaust of Title IX administrative remedies is not required before one files a private action.

City of Phoenix (page 2)

Title VI & VII & IX Violators

Coghlan V. Am. Seafoods Co. 413, F 3d. 1090, 1095, (9th Cir 2005)

Fabela V. Socorro Indep Sch Dist 329 F3d 409, 415 (5th Cir 2003)

Adarand 515. U.s. at 223-24 (1995 Grutter 539 U.s. at 326.

Price Waterhouse V. Hopkins 490 U.s. 228, 277 (1989) (O'Conner J. Concurring ) [97 Venters V. City of Delphi 123 F 3d 956, 972 (7th Cir 1997)

Kennedy V Schenberg Fisher & Newman Ltd 140 F. 3d 716, 723 (7th Cir 1998)

42. U.S.C. §s 5309 (a) (2)

Harrassment retaliation 33-1381 $^{(A)}_{(B)}$)

FHED Charge 33-1367 U.s.C. 802 42. U.s.c. 3602 (c) (f) (4) Sec

(1), (2) (3)

Ars. § 33-1322, 1323, 1324

Title VI Civil Rsts act 1964 504 Violation Section 802 42, U.s.c 3602 (b.) (c) (e) (N) J aggreized (f) (g) Discrimatory house Practices Unlawful 1 & 2 Under Section 804; 805, 806, or 818 (f)

(J) aggreived Under Section 810 Section 800 42 U.s.c. 3601 fan housing act Title VI Disparte Impact Sec 1557    Title VI 28. C.F.R § 42, 605 (DOJ)

City of Phoenix

Title VI & VII & IX

Violations

42. U.S.C. § 2000d.

Title VI 463. U.S. 582, 607-08 (1983)

469. U.S. 287, 292-93 (1985

532 U.S. 275, 280-81 (200d)

Doe ex rel. Doe V. Lower Merion Sch. Dist 665 F 3d 524, 548 (2d Cir.

Adm'r of Mass V. Feeny 442. U.S. 256, 279 (1979

Supreme Court City of Richmond V. J.A. Croson Co. 488 U.S. 469, 493 (1989) and Adarand Constroctors Inc. V. Pena 515. U.S. 200. 226 (1995) Williams V. City of Dothan 745 F 2d 1406, 1414 (11th Cir 1984)

Title VI See Washington V. DAVIS 426. U.S. 229, 242 (1976

Hamilton V. Southland Christian sch inc 680 F 3d. 1314. 1320 (11th Cir 2012)

Loyd V Phillips bros inc, 25 F 3d 518 522 (7th Cir 1994) accord Troupe V. MAY Dept Stores Co, 20 F 3d. 734, 736, (7th Cir 1994) See methods of proof discussed in section B2 and B3.

Title IX of the Education Amendments of 1972 20. U.S.C. § 1681 et Seq, and Section 504 of The Rehabilitation act of (1973) 29. U.S.C. § 701

Title VI & VII & IX 504    4

504 accomodation violations
Punative damages 1,500,000
Title 42 § 1141 (f)(1)
Notice PIH 2021-15 (HA)
Sec (1) (IV)(a)(B)(C)(D) (III) owner related uses
(A)(B) IV other elegible uses (A)(B)(C)(D)
HAP (a)(b)(1)(2)(3)(4)(5)(8)(a) 1(1)(2)(11)(IV)
(III)(A)(B)(D)(G) Domestic Violence (9)

Dating Violence
Stalking (1)(2)
Human trafficking (TVPA) 22, U.S.C§ S
(D) (9)Waivers (a)(b) E H V (C) Admission 7102
process
(D) Rep housing Search assistance
(E) Seperate list for EHV (F) Local preference
§ 982.552 §§982.553 (H)income
(A) Verification
(I) SSN eligibility K. Use of recently
Conducted initial
Income Determination
24 CFR § 982.505 (C)(4)
24 CFR § 982.53
24 CFR 5.105 (a)
FHEO Act Sec 504 of rehabilitation
act of 197 Title VI of the Civil Rights
act of 1964 the age discrimination act
Title III of the American with disability act
of 1990 see 28 CFR 35.160 § 28CFR
34, 3103

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: Health and Human Services | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Felicia michelle Alston 5107 w Verde ln phoenix AZ 85031 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 12/23/1970 | 5. MARITAL STATUS Divorced | 6. DATE AND DAY OF ACCIDENT 12/15/2023 | 7. TIME (A.M. OR P.M.) 10:Am |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

31. USC 3802 (a)(1)  31. U.S.C 3802 (a) 2.  42. U.S.C. 5157 (d)  42. U.S.C
The Mcdonnell Douglas framework violatur  28. CFR 85. 3(b)  CFR 28  3614(d)
U.S.C. 's 2000 e-6 (a) Title VII  411. U.S. 792  (3)(1)  85.3(b) (1)(C)(1)
431. U.S. 324 (1977)  1973  (3)(  USC
433. U.S. 299, 307-08 (1977)  Craik V Minn st. Univ Bd. 731 F2d, 465  42 U.S.C § 2000d
  42. U.S.C 's 3789(c)(3), A. Title  463. U.S. 582 607-08
  (1983)

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

42 U.S.C § 2000 e et seq  Violation of Title VI Resulted in diminished Quality
of life violations of Title VI & VII & IX Intentional discrimination mental distress
Loss of enjoyment of life, loss personal belongings shelter access to Nutrition

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE 40 million | 12b. PERSONAL INJURY 180 million | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). 220 million |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM 480 400-4884 | 14. DATE OF SIGNATURE |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No |
| --- |

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No | 17. If deductible, state amount. |
| --- | --- |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

had a pending Charge with the AZAg office for a bad faith Claim against Liberty Mutual the AZAg office illegally held Car Claim 7 months then illegally purged.

| 19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, and Zip Code).   ☒ No |
| --- |

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

**HULL, HOLLIDAY & HOLLIDAY P.L.C.**
ATTORNEYS AT LAW
7000 N. 16th St., Suite 120-#484
Phoenix, Arizona 85020
(602) 230-0088  FAX (602) 230-7421
attorney@h3landlordlaw.com
ANDREW M. HULL #004153
DENISE HOLLIDAY #017275
KEVIN HOLLIDAY   #017276
MATTHEW R. SCHLABACH #034118

DOWNTOWN JUSTICE COURT
620 W. JACKSON STREET
PHOENIX AZ, 85003
MARICOPA COUNTY, ARIZONA
602 372 6300

CASE NO.  CC 2021 *138818EA*

## COMPLAINT - EVICTION ACTION

Case Number on Summons

| PLAINTIFF | DEFENDANT(S) |
|---|---|
| WILLIAM WOODLAND, LINETTE WOODLAND<br>In care of<br>SEQUOIA HOLDINGS, LLC dba ARIZONA ELITE<br>PROPERTIES<br>2425 SOUTH STEARMAN DRIVE, STE. 120<br>CHANDLER, AZ 85286 | FELICIA ALSTON<br>JOHN AND JANE DOES I-X<br>3428 E. WILLETTA ST<br>PHOENIX, AZ 85008 |

## YOUR LANDLORD IS SUING TO HAVE YOU EVICTED. PLEASE READ CAREFULLY

1. I am the attorney for the Plaintiff in this action, and this Court has jurisdiction over this action.

2. That Defendant wrongfully withholds possession of the premises from Plaintiff; Plaintiff is entitled to immediate possession of the following described premises:3428 E. WILLETTA ST, PHOENIX, AZ 85008

3. The premises are located within the judicial precinct of this Court or there is authority for the filing of this action outside the precinct where the premises are located.

4. If applicable, Defendants have been served a proper notice which is attached hereto and incorporated herein.

5. On 08/06/2021 defendant was served Certified Mail notice pursuant to law; Rental per Month is $946.28; Rent is due and unpaid since 08/01/2021.  If this Complaint does not contain violations other than the non-payment of rent, then Defendants may contact Plaintiff and reinstate the rental agreement and cause this eviction action to be dismissed if, prior to the entry of the judgment, the Defendants pay all rent due, late fees pursuant to the Lease, court costs and attorney's fees due as of the date of payment.This complaint is in compliance with Supreme Court Administrative Order 2021-129 (see attached attestation of Plaintiff).

6. As of 08/30/2021 the following amounts are due and owing: Rent of $946.28; Late fees of (29 Days X $15.00 + $45.00) $480.00; Court costs of ($63.00 Filing Fee + $40.00 Process Server Fee) $103.00; Attorneys' fees of $85.00; Previous balance of $1,208.12; Notice fee of $20.00; For a total of $2,842.40, plus after accruing costs.

RECEIVED DOWNTOWN JUSTICE COURT
2021 AUG 30 PM 1:55

Plaintiff asks for Judgment against Defendant for rent due as of the date of Judgment; late fees; attorneys' fees; damages; other charges and concessions, immediate possession of the premises; Plaintiff's costs of this suit; after accruing rent, attorneys' fees; and a Writ of Restitution to be issued in this matter.The undersigned attorney does hereby verify that they believe the assertions in this complaint to be true on the basis of a reasonably diligent inquiry. Plaintiff and Plaintiff's counsel hereby request permission to appear virtually.

288581

AAA    DATED:  08/30/2021    _Andrew M. Hull_

ATTORNEY FOR PLAINTIFF

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| City of Phoenix | Felicia Michelle Alston 5107 W Verde LN PHX AZ 85031 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 12/23/1970 | Divorced | 8/14/2023 | 12:00 Am |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

31. U.S.C. 3802 (a)(1)    42. U.S.C. 5157 (d)    42. U.S.C. 3614 (d)(v)(c)(11)(3)(11)
31. U.S.C. 3802 (a) 2    28 CFR 95. 3(b)(3)(1)    42. U.S.C. § 2000 d
411 U.S. 792 (1973)    463 U.S. 592-607-08 (1983)    Craik V Minn St Univ Bd.
Title VI U.S.C 2000 e-6 Title VI    731 F2d, 465. 42. U.S.C §§ 3789(C)(3)
431. U.S. 324 (1977    411 U.S. 792    433 U.S. 299, 307-08 (1977    A Title

## 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). Lost Fine Artwork A picasso, a Jaguar XJ Super charged 2011 family Heirlooms from Inventor Sandford Hudson Barnes Inventor of Semiconductors John D. Rockfeller nephew Clothing, Artwork, Personal effects

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. Intentional Title VI & VII & IX violations Diminished Quality of life terminally Ill kept homeless Due to Discrimination of my sex & Age exaserbated Pre existing Illness intentional tort. Intentional Violations of Title VI

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

## 12. (See instructions on reverse). AMOUNT OF CLAIM (In dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 40 million | 200 million | | 240 million |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 480 400-4884 | 12/15/2023 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, Imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

OVER
Continue

Defendant #5,
Name Dorothy Goeman
Job title (if known) City of Phoenix assistance Caseworker
Address 4732 South Central Avenue
    City Phoenix  State AZ   Zip Code 85040
County Maricopa
Telephone number 602 495-7521

Email address dorothy.Goeman@phoenix.gov.
Defendant #6   ☐ Individual  ☒ official Capacity
Name Tateum Portales   Phone 602-262-7716
Job title Lead equal opportunity Specialist
address 200 W Washington Street 15th FL.
    City Phoenix   State Arizona  Zip 85003
Email tateum.portales@phoenix.gov
☐ Individual  ☒ official Capacity
Defendant #7
Name Veronica Hernandez   Phone 6022624486
Job title Program assistant equal opportunity dept
address 200 W. Washington 15 FL
    City Phoenix   State Arizona  zip code 85003
Email Veronica.Hernandez@phoenix.gov
☐ Individual  ☒ official Capacity

Defendant # 8

Page (3) Added

Name Susan Halett                    Phone # 602-262-4522
                                     Cell # 602-758-1105

Job Title City of Phoenix human Services director

address 200 W Washington 18 FL

                City Phoenix , State Arizona  Zip Code 85003

Email address Susan.hallett@phoenix.gov ,

Individual ☐   Official Capacity ☒

Defendant # 9

Name Paola Arellano          Phone # 602-261-8419

Job title city of Phoenix Caseworker III

address 200 W Washington 15 FL .

                city Phoenix   State Az   Zip 85040

Email address paola.arellano @ phoenix.gov
Individual ☐   Official Capacity ☒

Defendant # 10

Name Jasmine
Job title Trellis Case worker  Email  Phone # 602-424-4034
address 1405 E Mcdowell Rd  info@ trellis.org
                city phoenix   State Az   Zip code 85006

☐ Individual   Official Capacity ☒

DEFENDENT #11

Name Zelphya Ynzunga
Job title Caseworker St Vincent de Paul Az
address 320 W. Watkins Rd Phoenix Az 85003
County Maricopa          Tel #602 850-6920
Email address zynzunza@svdpaz.org
[ ] Individual Capacity [X] Official Capacity

DEFENDENT #12

Name Jackie
Job title Manager of Prevention Services
St Vincent de paul
address 320 W Watkins Rd Phoenix Az 85003
County Maricopa     Tel# 602850-6920
Email address Unknown
[ ] Individual Capacits [X] Official Capacits